**STATE of Missouri, Respondent,**

v.

**Jesus A. VASQUEZ, Appellant.**

**No. WD 60219.**

Missouri Court of Appeals,
Western District.

Oct. 22, 2002.

Amy Marie Bartholow, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

A jury convicted Jesus Vasquez of possession of more than five grams of marijuana with the intent to distribute, in violation of § 195.211, RSMo 2000, and the court sentenced him to eight years in prison. On appeal, Mr. Vasquez claims that the trial court committed plain error by failing to grant a mistrial, *sua sponte,* when the State questioned another participant in the crime, Michael Wilson, about his guilty plea for possessing the same controlled substance that Mr. Vasquez was charged with possessing. Because the

State did not use Mr. Wilson's guilty plea as substantive evidence of Mr. Vasquez's guilt, Mr. Vasquez does not show manifest injustice or a miscarriage of justice. Accordingly, the trial court did not err by failing to declare a mistrial, *sua sponte.* Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

Mr. Vasquez's conviction is affirmed. Rule 30.25(b).